**DISMISS; and Opinion Filed July 31, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00625-CV

### FELICIA ANN PITRE, Appellant

### V.

### TARSHA ANN HARDY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04023**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Stating she no longer wishes to pursue her appeal, appellant has filed a motion to dismiss.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

140625F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FELICIA ANN PITRE, Appellant

No. 05-14-00625-CV     V.

TARSHA ANN HARDY, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-04023.
Opinion delivered by Justice Lewis. Justices
Fillmore and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Tarsha Ann Hardy recover her costs, if any, of this appeal from appellant Felicia Ann Pitre.

Judgment entered this 31st day of July, 2014.